United States District Court
Southern District of Texas
**ENTERED**
August 05, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| GLORIA CAROLINA MANZO-HERNANDEZ, *et al.*, § § § | |
| Petitioners, § | |
| VS. § | CIVIL ACTION NO. 5:20-CV-95 |
| § | |
| OMAR JUAREZ, *et al.*, § § | |
| Respondents. § | |

## ORDER

On July 2, 2020, the Court denied Petitioners' Motion for a Temporary Restraining Order. At the time, Petitioners' Motion for Class Certification and Appointment of Class Counsel (Doc. 3) was pending. At the hearing, Respondent indicated that he expects to seek dismissal of the action. The parties agreed that the Court would first consider any motion to dismiss before considering the issue of class certification.

On July 7, Petitioners filed an Amended Petition for Writ of Habeas Corpus and Complaint for Declaratory Relief (Doc. 16).

The Court finds that its ruling on any motion to dismiss, if one is filed, as well as developments in the facts related to the lawsuit, could affect the scope and nature of the request for class certification.

As a result, it is:

**ORDERED** that the Motion for Class Certification and Appointment of Class Counsel (Doc. 3) is **DENIED WITHOUT PREJUDICE** to refiling at the appropriate stage of the lawsuit.

SIGNED this 5th day of August, 2020.

_____
Fernando Rodriguez, Jr.
United States District Judge